IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ISAIAH MAURICE MORSETTE,<br><br>　　　　Defendant. | Cause No. CR 21-06-H-BMM<br><br>**AMENDED ORDER ALLOWING TELEPHONE CONFERENCE** |

　　　IT IS HEREBY ORDERED that Defendant Isaiah Morsette is hereby allowed to communicate with his wife and co-defendant, Catherine Morsette, via telephone on Wednesday, November 17, 2021, at 10:30 a.m. from the Missouri River Federal Courthouse, Great Falls, Montana.

　　　DATED this 16th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court